| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) WILHOIT, HENRY R | 2. Court or Organization U.S.District Court, ED/KY | 3. Date of Report 5/15/04 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior U. S. District Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⦿ Annual ○ Final | 6. Reporting Period 1/1/03 to 12/31/03 |

7. Chambers or Office Address

Room 320

1405 Greenup Avenue

Ashland, KY 41101

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer_____ Date_____

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    PAST PRESIDENTS ADVISORY COUNCIL | U.K. ALUMNI ASSOCIATION |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1.    06/96 | HILLIARD LYONS, INC., I.R.A. ROLLOVER FROM 1982 KEOUGH PLAN |
| 2.    10/1/00 | KEETON GROUP, LLC   OIL AND GAS LEASE (Surrendered October, 2003) |

RECEIVED May 20 12 03 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME.  (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☒ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 04/01/03 | U.S. Government (Damages - Re: Hatter v. U.S.) | $55,000.* |
| 2. | | | *after atty fees |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS  – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILHOIT, HENRY R | 5/15/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. FARM & FARM EQUIP. Pactolas KY | E | Rent | N | W | | | | | |
| 2. 1st NAT'L BANK GRAYSON (Checking) | A | Interest | J | T | | | | | |
| 3. COM'L BANK GRAYSON (Checking) | A | Interest | J | T | | | | | |
| 4. 1st NAT'L BANK (Checking) | C | Interest | K | T | | | | | |
| 5. COM'L BANK GRAYSON Checking | C | Interest | L | T | | | | | |
| 6. COMMERCIAL BANK STOCK | E | Dividend | N | T | | | | | |
| 7. FARM, GRAYSON, KY 1/3 INT | E | Cap/Gain | K | W | | | | | |
| 8. RENTAL HOUSE, GRAYSON 1/3 | B | Rent | K | W | | | | | |
| 9. COMMERCIAL BLDG,GRAYSON 1/3 | B | Rent | K | W | | | | | |
| 10. UNIV. HEALTH REALTY STOCK | C | Dividend | L | T | | | | | |
| 11. NAT'L HEALTH INVESTORS, INC. | A | Dividend | J | T | | | | | |
| 12. NELSON COUNTY BOND | B | Dividend | L | T | | | | | |
| 13. PIKEVILLE METHODIST BONDS | B | Interest | K | T | | | | | |
| 14. NATIONAL HEALTH INVESTOR | B | Dividend | L | T | | | | | |
| 15. WARREN COUNTY BONDS | B | Interest | K | T | | | | | |
| 16. JEFFERSON CO. WATER DISTRICT | B | Interest | K | T | | | | | |
| 17. BRISTOL MYERS CO. | A | Dividend | J | T | | | | | |
| 18. CHRISTIAN CO. BONDS | B | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| WILHOIT, HENRY R | 5/15/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. GEORGETOWN KY BONDS | B | Interest | K | T | | | | | |
| 20. KY ST. HSG. BONDS | B | Interest | K | T | | | | | |
| 21. LOUISVILLE KY BONDS | B | Interest | K | T | | | | | |
| 22. WARREN COUNTY KY BONDS | B | Interest | K | T | | | | | |
| 23. PROCTOR-GAMBLE CO. | A | Dividend | J | T | | | | | |
| 24. DELTA AIRLINES | A | Dividend | J | T | Sold | 09/03 | J | | |
| 25. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 26. GLIMCHER REALTY Preferred | B | Dividend | K | T | Redeemed | 09/03 | K | J | |
| 27. GLIMCHER REALTY Common | B | Dividend | J | T | | | | | |
| 28. LOUISVILLE KY PKG AUTH | A | Interest | K | T | | | | | |
| 29. ALTRIA GROUP, INC. | A | Dividend | J | T | | | | | |
| 30. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 31. KY HSG CRP HSG RV | E | Interest | K | T | | | | | |
| 32. KY. HSG CRP | A | Interest | K | T | Buy | 05/03 | K | | |
| 33. TEXAS UTIL. (PREFERRED) | A | Dividend | K | T | Buy | 01/03 | K | | |
| 34. AMER. CAP. STRAT. | A | Dividend | K | T | Buy | 09/03 | K | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WILHOIT, HENRY R | 5/15/04 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | WILHOIT, HENRY R | 5/15/04 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████

Date May 14, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544